# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-10934
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
November 5, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jonathan Adrian Mireles-Juarez,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CR-89-1

---

Before Haynes, Higginson, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Jonathan Adrian Mireles-Juarez has moved for leave to withdraw and has filed an amended brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Mireles-Juarez has filed a response, in which he, inter alia, requests the appointment of new counsel or for permission to

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10934

proceed pro se.  Those motions are DENIED.  *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Mireles-Juarez's response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.